Case 6:24-cv-00043-ADA   Document 1   Filed 01/19/24   Page 1 of 7

FILED
January 19, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
DEPUTY

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF TEXAS
__Waco__ DIVISION

__Markea C. Bailey #01233524__
Plaintiff's Name and ID Number

__A. Hughes Unit__
Place of Confinement

CASE NO. __W:24-cv-43__
(Clerk will assign the number)

v.

__Bryan Collier   Two Financial Plaza Huntsville, TX. 77340__
Defendant's Name and Address

__Alfred Hughes Unit, Rt 2 Box 4400, 76597__
Defendant's Name and Address

__Donald Trump 5500 Pennsylvania Avenue Washington D.C.__
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee."   *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO
   B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: _Around 2006 - 2007_
      2. Parties to previous lawsuit:
         Plaintiff(s) _Preston E Smith unit_
         Defendant(s) _____
      3. Court: (If federal, name the district; if state, name the county.) _5th Circuit court_
      4. Cause number: _N/A._
      5. Name of judge to whom case was assigned: _Cummings / Magistrate_
      6. Disposition: (Was the case dismissed, appealed, still pending?) _Accepted Remanded they_
      7. Approximate date of disposition: _____

[margin note: sent me to mentked on Boykins claim]

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: Alfred Hughes Unit

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓ YES  ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

* I Am Not Receiving Responses of Grievances Huntsville Notified me cases were unretrieved in relation

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: The Whole Administration of Hughes Unit

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Ms. Harmon / Wash Buen Major Parker Neglect of Transfer in Safety from Attack By Inmates

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Neglect of Transfer in Safety from various Attacks since 03/27

Defendant #2: Major Parker

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Neglect of transfer & Harassments Through Surveillance

Defendant #3: Josh Jacobs Attempted Murder By Physi-

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Attempted Murder By physical Assault having H.I.V.

Defendant #4: Ms Martinez

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Sexual Harassment, inciting Riotous Acts of Sexual Nature & exposure of Denial To File criminal charges.

Defendant #5: The Whole of Officers employed on the Unit From 03/27/23 TO 09/02/23

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

Rev. 05/15

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

(1) On Alfred Hughes unit I was stalked & Harrassed By inmates & officers.

(2) I was physically assaulted By Josh Jacobs an H.I.V. Patient.

(3) Neglected Transfer in Request for safety Numerous times over the period of 03/27/23 Through 01/09/24

(4) I was sexually Assaulted after Being threatened By Roderick Hardeman after I told him Not to touch me & I'd Be moving. Which Resulted in his Death.

(5) The Securus Tablets were used to incite the Riotous acts against me & Divulge my Criminal Records & Sexual Activities to the unit.

VI. RELIEF: (6) medical Neglect & malpractice of treatments

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To Fire all the Officers involved. To compensate me for The Crimes committed Against my persons Repetatively. And To Be Transfered To a facility outside of T.D.C.J. Jurisdiction

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Lil majic, Marcus, C. majic & Mar'Kiesha Blu Sade

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

01233524. My State Jail # I NoLonger Know.

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied?

___YES ___NO

Rev. 05/15

C. Has any court ever warned or notified you that sanctions could be imposed?  ____ YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date warning was issued: _____

Executed on: 01/10/24
             /DATE

_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this   10th   day of   JANUARY   , 20 24 .
              (Day)           (month)          (year)

Mark CHarles Bailey
_____
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

MARCUS BAILEY
Name and Number 1233524
Hughes Unit
3201 FM 929
Gatesville, TX. 76597

U.S.D.C. - WACO DIVISION
800 FRANKLIN AVE., RM 380
WACO, TEXAS 76701

PRIVILEGED OFFENDER MAIL
NO. ..... STED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION

JAN 1 6 2024