Case 6:24-cv-00043-ADA   Document 22   Filed 05/29/24   Page 1 of 9

FILED
May 29, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
        DEPUTY

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

Mark Charles Bailey #01233584
Plaintiff's Name and ID Number

A. Hughes Unit Rt 2, P.O. Box, Gatesville TX. 76597
Place of Confinement

CASE NO. __6:24-cv-111__
(Clerk will assign the number)

v.

Officer Scott Cos, A. Hughes, Rt 2 P.O. Box 4400, Gatesville, TX. 76597
Defendant's Name and Address

Major Parker A. Hughes, Rt 2, P.O. Box 4400, Gatesville, TX. 76597
Defendant's Name and Address

Administrations, ~~Ms. Harmon/West-Burn~~, A. Hughes Rt 2. P.O. Box 4400, Gatesville, TX. 76597
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

**INSTRUCTIONS - READ CAREFULLY**

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.*)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. **PREVIOUS LAWSUITS:**
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO
   B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: 2024-02-14
      2. Parties to previous lawsuit:
         Plaintiff(s) Marcus C. Bailey #01233524
         Defendant(s) Bryan Collier, Donald Trump, Annette Martinez, Ms. Harmon/Washburn
      3. Court: (If federal, name the district; if state, name the county.) Coryell
      4. Cause number: 6:24-CV-0043-ADA
      5. Name of judge to whom case was assigned: ~~Adam Albar~~ Judge Albright
      6. Disposition: (Was the case dismissed, appealed, still pending?) Still pending
      7. Approximate date of disposition: _____

(Another case on back) 2

Rev. 05/15

I had a case in Cecil Cummings case with Kieron Pennigar, Michael Connor, myself: Marcus C. Bailey & (two others [I think])

Yet, It was Dismissed due to the unit obstructing Justice & sending me to Montford & I not pursuing the claim when I got back to find my compatriots gone save (2)

It was in 2007 or 2006

~~The Judge was~~

I can't get specifics I am Being Denied Records But Records should be in your offices

Yet, This situation is a Dire Emergency, My Life is in Danger in immense proportions here. I'm Rushing things to You.

II. PLACE OF PRESENT CONFINEMENT: Alfred D. Hughes

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution. I am not being allowed Responses to any of my Grievances

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Mark Charles Bailey

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Officer Scott C05, Alfred Hughes Rt 2 Box 4400 Gatesville TX. 76597

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Tamper with Evidence Namely my O.P.I in Retaliation Due to my Gender & previous O.P.I claim on 03/27/23 To get shipped.

Defendant #2: Major Parker, Alfred Hughes unit, Rt 2 Box 4400 Gatesville, TX. 76597

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Did violate my Due Process & Safety by violating my Confidentiality of my O.P.I on 03/27/23 & Furthermore neglect transfer

Defendant #3: Administrations, A. Hughes Rt 2. P.O. Box 4400 Gatesville TX. 76597

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Violated my 4th & 8th Ammendment Rights & Failed to Report crimes

Defendant #4: Inmate Josh Jacobs Assaulted me in An Attempt to murder me he had H.I.V. I had

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Bleeding Lacerations & had to Bite him to get out of A stranglehold

Defendant #5: Inmate Deceased Roderick hardeman, Did Sexually Assault me & cause me Arterial Bleeding in A struggle for my life

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
& Ended up Dead Due to Officer Neglect As well As Medical Neglect.

Rt 2 Box 4400 Gatesville TX 76597

Defendant #6: Jodi Sawyer in Failure To Report crimes over A year now 03/27 from 03/27/24 All the way to 02/23/24 - obstruction of Justice & not Allowing me my Due Process - my Grievances Answers etc.

Rev. 05/15

Note

Defendants: All the officers & All the Medical staff, the Comirssary staff as well know of the crimes committed At RT2, Box 4400 Gatesville, TX. 76597 Aiding & Abbetting in criminal activity led by the Wardens of Alfred D. Hughes unit. knowingly.

Defendant: Judge Albright?
Magistrate, U.S. District Court
Western District of Texas
U.S.C.
800 Franklin Avenue, Room 380
Waco, TX. 7601

Failure to Report crimes to proper Authority and when notified of the crimes of several government & civil representatives Against one person in prison — Obstruction of Justice & Negligence of Civil Duties.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

It Started with All the officers on Date of 03/27/23. Making fun of me for my O.P.I I had filed on Behalf of Warden Lucas initiating it Due to me Being in a Riot with Two inmates in the Day Room. They Refused to Transfer me & Allow me safety From "Gay Boy Click" a movement Against Trannies in main Against me M/s. Markiesha Blu Jade Born Mark Charles Bailey. Since then I've Been held hostage & not Allowed safety After one of the click Tried to murder me By H.I.V & Assault & Another Tried to Beat me up After sexually Assaulting me. of the last was 04/07/23 & 09/02/23

VI. RELIEF:

State briefly exactly what you want the court to do for you.  Make no legal arguments. Cite no cases or statutes.

Transfer me. Compensate me for my fees As well As the year I've Been held Hostage & medically neglected through my Gender therapy treatments & violations of privacy, & Due process.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Lil majic, C. majic, Mark Charles Bailey, Marcus Bailey, Markiesha Blu Jade

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#01233584 & my State Jail I.D. # Unknown. I'm Being Stonewalled here on hughes

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ___YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (if federal, give the district and division): N/A Not that I know
  2. Case number: N/A Not that I know of
  3. Approximate date sanctions were imposed: N/A
  4. Have the sanctions been lifted or otherwise satisfied?   ___YES ✓ NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed?   ___ YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): N/A
   2. Case number: N/A
   3. Approximate date warning was issued: N/A

Executed on: 02/23/24
             DATE

Ms. Mar'Kiesha BluJade
_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this  23  day of  February , 20 24 .
            (Day)         (month)         (year)

Ms. Mar'Kiesha Blu Jade
_____
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

## NOTICE
## INMATE NOTARY PUBLIC SERVICE

Under both Federal law (28 U.S.C § 1746) and State law (V.T.C.A. Civil Practice & Remedies Code, §132.001-132.003), inmates incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration, verification, certification, oath, or affidavit sworn before a Notary Public.

In a request for Notary Public service, each inmate must explain why an Unsworn Declaration is insufficient before Notary Public service will be provided.

### UNSWORN DECLARATION (INMATE)

My name is (First) MARK (Middle) CHARLES (Last) BAILEY, my date of birth is 11-30-84, and my inmate identifying number, if any, is #01233524

I am presently incarcerated in (Corrections unit name) Alfred D. Hughes in (City) Gatesville, (County) Coryell, (State) Texas. (Zip Code) 76597. I declare under penalty of perjury that the contents of this application for a writ of habeas corpus and the facts stated in the application form are true and correct.

Executed on the 23 day of (Month) February (Year) 2024.

Signature of Declarant: [signature]

① The unit is Holding me Hostage & Denying me my Due process. I am indigent & do not have funds or proceeds I need for costs needed to retrieve my Transcripts for any of my medical or inmate ~~and Aggravated~~ Records nor TDCJ period Robbery charge I ~~recieved & was indicted~~ on which I need the sentencing records the initial indictments as well as Exculpatory evidence & ~~or trial~~ or proceedings Transcripts and a Indecent exposure charge Arrested Dec. 13th cause unknown ~~to me~~.

Name and Number Ms. M. Bailey #01233524
Hughes Unit
3201 FM 929
Gatesville, TX. 76597



RECEIVED

FEB 29 2024

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

(Emergency)
Legal

Clerk, U.S. District Court
       District of Texas
Western ~~States Courthouse~~
U.S.C.
800 Franklin Ave., Room 380
Waco, TX. 76701

5